JMS:ALK/MRG/DR
F. #2022R00240

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\* MAY 25, 2023 \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

POLAD OMAROV,

███████████████

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 22-482 (S-2) (PKC)

(T. 18, U.S.C., §§ 371, 875(b),
924(c)(1)(A)(i), 924(c)(1)(A)(ii),
924(c)(1)(A)(iii), 924(d)(1),
981(a)(1)(C), 1951(a), 2 and 3551 et
seq.; T. 21, U.S.C., § 853(p); T. 28,
U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

### COUNT ONE
(Hobbs Act Extortion Conspiracy – John Doe #1)

1. In or about and between November 2021 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants POLAD OMAROV, ███████████████ together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and others agreed to obtain property, to wit: United States currency, from John Doe #1, an individual whose identity is known to the Grand Jury, with his consent, which consent was to be induced by wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Section 1951(a) and 3551 et seq.)

COUNT TWO
(Hobbs Act Extortion – John Doe #1)

2. In or about and between November 2021 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants POLAD OMAROV, ████████████████████████ ████████████████ together with others, did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and others obtained property, to wit: United States currency, from John Doe #1, with his consent, which consent was induced by wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Section 1951(a), 2 and 3551 et seq.)

COUNT THREE
(Transmission of Extortionate Threats in Interstate Commerce)

3. In or about and between November 2021 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants POLAD OMAROV, ████████████████████████████ ████████████ together with others, with intent to extort from a person, to wit: John Doe #1, money and other things of value, did knowingly and intentionally transmit in interstate and foreign commerce one or more communications containing threats to injure the person of another, to wit: threats to injure John Doe #1.

(Title 18, United States Code, Sections 875(b), 2 and 3551 et seq.)

COUNT FOUR
(Possessing, Brandishing and Discharging a Firearm During a Crime of Violence)

4. On or about March 7, 2022, within the Eastern District of New York and elsewhere, the defendants POLAD OMAROV, ████████████

3

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to a crime of violence, to wit: the crime charged in Count Three, and did knowingly and intentionally possess such firearms in furtherance of said crime of violence, one or more of which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

## COUNT FIVE
(Hobbs Act Extortion Conspiracy – John Doe #2)

5. In or about and between April 2022 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants POLAD OMAROV ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and others agreed to obtain property, to wit: United States currency, from John Doe #2, an individual whose identity is known to the Grand Jury, with his consent, which consent was to be induced by wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Section 1951(a) and 3551 et seq.)

## COUNT SIX
(Hobbs Act Extortion – John Doe #2)

6. In or about and between April 2022 and October 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants POLAD OMAROV ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ together with others, did knowingly and intentionally obstruct, delay and affect commerce, and the movement

of articles and commodities in commerce, by extortion, in that the defendants and others obtained property, to wit: United States currency, from John Doe #2, with his consent, which consent was induced by wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Section 1951(a), 2 and 3551 et seq.)

COUNT SEVEN



5



## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNTS ONE, TWO, THREE, FIVE, SIX AND SEVEN

9. The United States hereby gives notice to the defendants charged in Counts One, Two, Three, Five, Six and Seven that, upon their conviction of any such offenses, the government will seek forfeiture in accordance with: with: (a) Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of such offenses; and (b) Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any criminal law of the United States.

10. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

6

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNT FOUR

11. The United States hereby gives notice to the defendants that, upon their conviction of the offense charged in Count Four, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 924.

12. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

7

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

By Carolyn Pokorny, Assistant U.S. Attorney
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2022R00240
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

POLAD OMAROV, ███████████

Defendants.

## SUPERSEDING INDICTMENT

(T. 18, U.S.C., §§ 371, 875(b), 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(d)(1), 981(a)(1)(C), 1951(a)); T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____*[signature]*_____
*Foreperson*

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
*Clerk*

Bail, $ _____

_____

*Matthew R. Galeotti, Anna L. Karamigios and Dana Rehnquist*
*Assistant U.S. Attorneys (718) 254-7000*